# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | CIVIL ACTION 03-0244-WS-M |
| v. ) | |
| ) | |
| CHARLES E. HOUSTON and ) | |
| HATTIE Y. HOUSTON, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER CONFIRMING SALE

This matter is before the Court on the plaintiff's motion to confirm sale. (Doc. 24). The motion reflects that the conditions to sale have been satisfied, and the Court finds that the accepted bid of $225,000 represents the highest and best bid received. Accordingly, the motion to confirm sale is **granted**. The sale of the subject property to Douglas E. Moncrief, Sr. and Annette B. Moncrief is **confirmed**. The IRS PALS is directed to execute and deliver to the Moncriefs a deed conveying title to the property to the Moncriefs, free and clear of all liens or other claims of any party this proceeding.

Pursuant to the amended order of foreclosure and sale, (Doc. 23), the IRS PALS is directed to remit the balance of the sales proceeds to the Clerk of the Court with a statement of the gross purchase price, his costs and expenses (including those of the United States Marshal, if any), and the net sale proceeds. (*Id*., ¶ 13). The Clerk is directed to give notice to the parties that he has received the funds from the IRS PALS.[1] Within 30 days after the Clerk gives such notice, each party claiming an interest in the proceeds of the sale shall certify to the Court and to every other party the amount of its claim. (*Id*., ¶ 14).

DONE and ORDERED this 9th day of May, 2005.

s/ WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] Notice may be given by first class mail directed to the addresses reflected in the file.